Name: Robert Heizelman
Address: 710 Halley St Rapid City SD 57701
Telephone Phone:
Email: heizelmanrobert764@gmail.com

**FILED**
Jan 17 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ melindaw DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Robert Heizelmer,

Plaintiff(s),

v.

Pres Biden + all Fed Agencies involved + UCSD, Kaiser, Sharp Hospitals,

Defendant(s).

Case No.: **'23CV0085 MMA KSC**
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

   a. Do you have other Civil Case(s) in this or any other federal court?

      ☐ Yes   ☒ No

   b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

1Billion Dollers plus punitive Damages And I want This lawsuit Heard by Some other federal District These Judges Here Helped them all out and stood by to let them Kill me later, had to call 911 Several times to stop these people or I'd be Dead right Now! Period! 9th Circut is Biased courts, and CRooked Judges Here and in Idaho, They Have Done This to me Before Hurt me in lots of ways Now And in The past!

3

They committed so many felonies against me its hard to say until I think clearly!

Followed and harassed me for 6 months, tried to kill me twice, stole phones out of my vehicle stole information out of my backpack under cameras in Ralphs.

Kept with the Hospitals Help all of them failed to treat me properly or Help me

Tried to poisen me at the Gym

Multiple attempts to set me up for Drugs!

Used the lawyers Help By UCSD to commit crimes against me I'll amend later to ADD UCSD lawyers and Jennifer Watson who helped them set me up to kill me probably worse stuff to, They kicked me out of the Court House By Wyatt head fed He's also on this suit Now I know his name

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes     ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

1/11/23
Date

Signature

Robert Heizelman
Printed Name

Stop these people from getting within a half mile of me I have video's of them for 6 months and a lot more crimes they planned to commit on SD cards will give them to the TV leave me alone period and the companies they used Arco/Ampm/Vons/Starbucks Dollar store many others to